# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

---

David E. Patton
*Executive Director and*
*Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

September 28, 2011

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

**RE:   United States v. Theodore Raines, 11-CR-641(KAM)**

Your Honor:

     Please be advised that I represent Nayroby Casado, a material witness in the above noted case. Miss Casado has been in custody on the material witness warrant since June 22, 2011. *See* Docket M-11-569. I am now informed that Mr. Raines was arraigned yesterday on the above noted indictment. In the interest of securing Miss Casado's prompt release from custody, I move on her behalf for an order, pursuant to 18 U.S.C. § 3144, such that the attorneys for Mr. Raines and the government shall conduct a prompt deposition of Miss Casado no later than October 14, 2011.

     Thank you for your attention. Please advise.

Respectfully submitted,

Heidi C. Cesare, Esq.
Assistant Federal Defender
718-330-1257
heidi_cesare@fd.org

cc:   Clerk of the court (by ECF)
Tyler Smith, Esq., AUSA
Peter Quijano, Esq. (By fax: 212-686-8690)
Nayroby Casado