```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA
                                           U N S E A L I N G
    -against-                              O R D E R

NAYROBY CASADO,                            11-M-569

              Defendants.

- - - - - - - - - - - - - - - - - - - X
```

Upon the application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Tyler J. Smith, for an order unsealing the affidavit and warrant in the above-captioned matter.

WHEREFORE, it is ordered that the affidavit and warrant in the above-captioned matter be unsealed.

Dated:    Brooklyn, New York
          October 4, 2011

                              _____
                              HONORABLE KIYO A. MATSUMOTO
                              UNITED STATES DISTRICT JUDGE
                              EASTERN DISTRICT OF NEW YORK